UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE FREEMAN,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | No. 24-cv-0670 |
| | : | |
| **ALLENTOWN SCHOOL DISTRICT,** | : | |
|     **Defendant.** | : | |

## O R D E R

**AND NOW**, this 1st day of March, 2024, upon consideration of Plaintiff Denise Freeman's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Request for appointment of counsel (ECF No. 3) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum as follows:

    a. Any claims raised on behalf of Freeman's granddaughter are **DISMISSED WITHOUT PREJUDICE**; and

    b. Freeman's claims on her own behalf are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Request for appointment of counsel is **DENIED AS MOOT.**

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                          **BY THE COURT:**

                                          */s/ Joseph F. Leeson, Jr.*
                                          **JOSEPH F. LEESON, JR.**
                                          **United States District Judge**